Jennifer Cabrera Cammarota (NJ 055092013)
CABRERA CAMMAROTA PLLC
10 Connecticut Street
Cranford, NJ 07016
(908) 956-7559

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADAM W. JACOBS,<br><br>      Plaintiff,<br><br>v.<br><br>MARC BOGATIN, ESQ., BARBARA MEITNER a/k/a BARBARA BOGATIN f/k/a BARBARA FREEMAN, GL SHLOOFIE, LLC a/k/a GO SHLOOFIE, LLC and BARBARA FREEMAN BOGATIN, INC.,<br><br>      Defendants. | Case No. 2:13-cv-6631 MCA/JBC<br><br>**SUBSTITUTION OF COUNSEL** |

It is hereby consented to by the undersigned counsel that the law firm of Cabrera Cammarota PLLC shall be substituted in place of Greenbaum, Rowe, Smith & Davis, LLP as the sole counsel of record for the Plaintiff in the above-captioned matter.

| | |
|---|---|
| **CABRERA CAMMAROTA PLLC**<br>10 Connecticut Street<br>Cranford, NJ 07016<br>(908) 956-7559<br><br>By:  /s/ Jennifer Cabrera Cammarota<br><br>Dated: January 5, 2015 | **GREENBAUM, ROWE, SMITH & DAVIS, LLP**<br>75 Livingston Avenue, Suite 301<br>Roseland, NJ 07068<br>(973) 535-1600<br><br>By:  /s/ Marc Gross<br><br>Dated: January 5, 2015 |